United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT    *June 23, 2020*    SOUTHERN DISTRICT OF TEXAS
.........

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-798 |
|---|---|---|---|

| Siemens Industry Software Inc. |
|---|
| *versus* |
| Does 1-150 |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | The Law Offices of Steven C. Vondran, P.C.<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, California 92660<br>Telephone: (877) 276-5084<br>steve@vondranlegal.com<br>CA SB# 232337<br>AZ SB# 025911 |
|---|---|

| Name of party applicant seeks to appear for: | Doe 61 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: June 22, 2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:    Active |
|---|
| Dated:   06/23/2020 | Clerk's signature    s/ J. Olson |

| Order |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____

United States District Judge

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-798 |
|---|---|---|---|

| Siemens Industry Software Inc. |
|---|
| *versus* |
| Does 1-150 |
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | The Law Offices of Steven C. Vondran, P.C.<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, California  92660<br>Telephone:  (877) 276-5084<br>steve@vondranlegal.com<br>CA SB# 232337<br>AZ SB# 025911 |
|---|---|

| Name of party applicant seeks to appear for: | Doe 14 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____    No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: June 21, 2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                      United States District Judge